| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Pierre Edward Phillips** <br> First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _–_ _ _ _ _ _ _ |
| Debtor 2: <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: _ _ _ _ <br> EIN: _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Southern District of Texas | Date case filed for chapter: 7   1/19/24 |
| Case number: | 24–30197 | |

## Official Form 309A (For Individuals or Joint Debtors)
### Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Pierre Edward Phillips | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 7903 Spring Cypress Road, Apt 1136 <br> Spring, TX 77379 | |
| 4. | **Debtor's attorney** <br> Name and address | None | Contact phone _____ <br> Email: |
| 5. | **Bankruptcy trustee** <br> Name and address | Eva S Engelhart <br> Ross Banks May Cron and Cavin PC <br> 7700 San Felipe <br> Suite 550 <br> Houston, TX 77063 | Contact phone 713–626–1200 <br> Email: eengelhart@rossbanks.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**          page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**  Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court  PO Box 61010  Houston, TX 77208 | Hours open:  8:00 am – 5:00 pm Monday through Friday  Contact phone (713) 250–5500  Date: 1/24/24 |
| **7.** | **Meeting of creditors**  Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **February 22, 2024 at 09:30 AM**  The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:  **Telephone Conference, Call 866–815–5352, passcode 8068140** |
| **8.** | **Presumption of abuse**  If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**  The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**  **You must file a complaint:**  • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or  • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).  **You must file a motion:**  • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 4/22/24** |
| | | **Deadline to object to exemptions:**  The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**  Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                              page **2**

United States Bankruptcy Court
Southern District of Texas

| | |
|---|---|
| In re: | Case No. 24-30197-evr |
| Pierre Edward Phillips | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 1 of 3 |
| Date Rcvd: Jan 24, 2024 | Form ID: 309A | Total Noticed: 41 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^   Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 26, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Pierre Edward Phillips, 7903 Spring Cypress Road, Apt 1136, Spring, TX 77379 |
| 12624885 | + | C/O Linebarger Noggin Blair & Sampson, LLP, 4828 Loop Central Dr., Suite 500, Houston, TX 77081-2754 |
| 12624880 | | Envision Physician Services, Original Creditor: HCA Houston Healthcar, Las Vegas, NV 89193-9085 |
| 12624873 | | Harris County Toll Road Authority, Dept. 11, P.O. Box 4440, Houston, TX 77210-4440 |
| 12624884 | + | MCTRA, C/O Linebarger Noggin Blair & Sampson, L, P.O. Box 2209, Houston, TX 77252-2209 |
| 12624848 | | Memorial Herman Houston, P.O. Box 4370, Houston, TX 77210-4370 |
| 12624874 | | Montgomery County Toll Road Authority - Violations, P.O. Box 4440, Houston, TX 77210-4440 |
| 12624846 | | State of Mississippi, Montgomery County Justice Court, P.O. Box 229, Winona, MS 38967-0229 |
| 12624872 | | Synergy Radiology Associates, P.O. Box 88087, Chicago, IL 60680-1087 |
| 12624869 | | Synerprise Consulting Services, Inc., Original Creditor: Memorial Pathology Co, Plano, TX 75075 |
| 12624870 | + | Texas Pride, P.O. Box 79529, Houston, TX 77279-9529 |
| 12624882 | | Transworld Systems, Inc., Original Creditor: Hearld Emergency Phys, Wilmington, DE 19850-5618 |
| 12624876 | | Valor Intelligent Processing, LLC, Original Creditor: North Texas Tollway A, P.O. Box 207899, Dallas, TX 75320-7899 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: FEENGELHART.COM | Jan 25 2024 02:34:00 | Eva S Engelhart, Ross Banks May Cron and Cavin PC, 7700 San Felipe, Suite 550, Houston, TX 77063-1618 |
| ust | + | Email/Text: ustpregion07.hu.ecf@usdoj.gov | Jan 24 2024 22:24:00 | US Trustee, Office of the US Trustee, 515 Rusk Ave, Ste 3516, Houston, TX 77002-2604 |
| 12624888 | + | EDI: AMSHER.COM | Jan 25 2024 02:34:00 | AmSher Collection Services, Original Creditor: T-Mobile, 4524 SOUTHLAKE PARKWAY SUITE 15, HOOVER, AL 35244-3271 |
| 12624823 | + | EDI: TSYS2 | Jan 25 2024 02:34:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 12624844 | | Email/Text: debbied@brewerycu.com | Jan 24 2024 22:25:00 | Brewery Credit Union, 1351 Dr. Martin Luther King Jr. Dr, Milwaukee, WI 53212-4099 |
| 12624822 | + | EDI: CAPITALONE.COM | Jan 25 2024 02:34:00 | CAPITAL ONE/CABELAS, 15000 CAPITAL ONE US364412, RICHMOND, VA 23238-1119 |
| 12624850 | + | EDI: PHINGENESIS | Jan 25 2024 02:34:00 | CB INDIGO, Genesis FS Card Services, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 12624816 | | Email/Text: cms-bk@cms-collect.com | Jan 24 2024 22:24:00 | Capital Management Services, LP, Original Creditor: Barclays Bank Delawar, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 12624819 | + | EDI: CAPITALONE.COM | Jan 25 2024 02:34:00 | Capital One, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 12624826 | | EDI: CAPITALONE.COM | Jan 25 2024 02:34:00 | Capital One N.A., by American lnfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 12624820 | + | Email/PDF: creditonebknotifications@resurgent.com | Jan 24 2024 22:30:18 | Credit One Bank, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 12624825 | + | EDI: AMINFOFP.COM | Jan 25 2024 02:34:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 12624847 | | Email/Text: Bankruptcy@FMAAlliance.com | Jan 24 2024 22:24:00 | FMA Alliance, LTD, 12339 Cutten RD, Houston, TX 77066 |
| 12624821 | + | EDI: AMINFOFP.COM | Jan 25 2024 02:34:00 | First Premier Bank, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 12624849 | | EDI: PHINGENESIS | Jan 25 2024 02:34:00 | Genesis FS Card Services, Original Creditor: Destiny Card, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 12624877 | | EDI: IRS.COM | Jan 25 2024 02:34:00 | Department of the Treasury, Internal Revenue Service, Stop 6525 (SP CIS), Kansas City, MO 64999-0025 |
| 12624879 | + | Email/Text: bankruptcy@getipass.com | Jan 24 2024 22:23:00 | Illinois Tollway, P.O. Box 5544, Chicago, IL 60680-5491 |
| 12624827 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2024 22:30:18 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 12624818 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 24 2024 22:30:21 | LVNV Funding, LLC, Original Creditor: Credit One Bank, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 12624881 | | Email/Text: compliance@monarchrm.com | Jan 24 2024 22:24:00 | Monarch Recovery Management, Original Creditor: Synchrony Bank, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 12624887 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2024 22:24:00 | Midland Credit Management, Attn: Consumer Support Services, 320 E. Big Road, Suite 300, Troy, Ml 48083 |
| 12624886 | | Email/Text: bankruptcydpt@mcmcg.com | Jan 24 2024 22:24:00 | Midland Credit Management, Original Creditor: CITIBANK, N.A., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 12624815 | | EDI: PRA.COM | Jan 25 2024 02:34:00 | Portfolio Recovery Associates, LLC, Original Creditor: Cabelas/Capital One, 150 CORPORATE BLVD, NORFOLK, VA 23502 |
| 12624824 | + | EDI: SYNC | Jan 25 2024 02:34:00 | SYNCB/CARE CREDIT, PO BOX 71724, PHILADELPHIA, PA 19176-1724 |
| 12624871 | ^ | MEBN | Jan 24 2024 22:22:36 | Specialized Collection Systems., Inc, Original Creditor: Synergy Radiology Ass, P.O. Box 441508, Houston, TX 77244-1508 |
| 12624845 | + | Email/Text: PDELINQ@sba.gov | Jan 24 2024 22:24:00 | U.S. Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 12624817 | + | Email/Text: BAN1116@UCBINC.COM | Jan 24 2024 22:24:00 | United Collection Bureau, Original Creditor: Credit One Bank, P.O. Box 1116, Maumee, OH 43537-8116 |
| 12624878 | | EDI: WISCDEPREV.COM | Jan 25 2024 02:34:00 | Wisconsin Department of Revenue, P.O. Box 8901, Madison, WI 53708-8901 |

TOTAL: 28

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Jan 24, 2024 | Form ID: 309A | Total Noticed: 41 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2024          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 24, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eva S Engelhart | eengelhart@rossbanks.com  ee@trustesolutions.net;christinevega@rossbanks.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 2