United States Bankruptcy Court
Southern District of Texas

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Pierre Edward Phillips <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7818 <br> EIN   __–_____ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____ <br> EIN   __–_____ |
| United States Bankruptcy Court  Southern District of Texas | | |
| Case number:  24–30197 | | |

**ENTERED**
June 09, 2024
Nathan Ochsner, Clerk

# Order of Discharge                                                          12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Pierre Edward Phillips

6/9/24

**By the court:** Christopher M. Lopez
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
Southern District of Texas

In re: | Case No. 24-30197-cml
Pierre Edward Phillips | Chapter 7
Debtor

# CERTIFICATE OF NOTICE

District/off: 0541-4 | User: ADIuser | Page 1 of 3
Date Rcvd: Jun 10, 2024 | Form ID: 318 | Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 12, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Pierre Edward Phillips, 7903 Spring Cypress Road, Apt 1136, Spring, TX 77379 |
| 12624844 | | Brewery Credit Union, 1351 Dr. Martin Luther King Jr. Dr, Milwaukee, WI 53212-4099 |
| 12624885 | + | C/O Linebarger Noggin Blair & Sampson, LLP, 4828 Loop Central Dr., Suite 500, Houston, TX 77081-2754 |
| 12672046 | + | Edgewater At Klein, 7215 Spring Cypress Rd, Spring, TX 77379-3266 |
| 12624880 | | Envision Physician Services, Original Creditor: HCA Houston Healthcar, Las Vegas, NV 89193-9085 |
| 12624884 | + | MCTRA, C/O Linebarger Noggin Blair & Sampson, L, P.O. Box 2209, Houston, TX 77252-2209 |
| 12624848 | | Memorial Herman Houston, P.O. Box 4370, Houston, TX 77210-4370 |
| 12624874 | | Montgomery County Toll Road Authority - Violations, P.O. Box 4440, Houston, TX 77210-4440 |
| 12624846 | | State of Mississippi, Montgomery County Justice Court, P.O. Box 229, Winona, MS 38967-0229 |
| 12624872 | | Synergy Radiology Associates, P.O. Box 88087, Chicago, IL 60680-1087 |
| 12624869 | | Synerprise Consulting Services, Inc., Original Creditor: Memorial Pathology Co, Plano, TX 75075 |
| 12624870 | #+ | Texas Pride, P.O. Box 79529, Houston, TX 77279-9529 |
| 12624882 | | Transworld Systems, Inc., Original Creditor: Hearld Emergency Phys, Wilmington, DE 19850-5618 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 12624888 | + | EDI: AMSHER.COM | Jun 11 2024 01:39:00 | AmSher Collection Services, Original Creditor: T-Mobile, 4524 SOUTHLAKE PARKWAY SUITE 15, HOOVER, AL 35244-3271 |
| 12624823 | + | EDI: TSYS2 | Jun 11 2024 01:39:00 | BARCLAYS BANK DELAWARE, PO BOX 8803, WILMINGTON, DE 19899-8803 |
| 12624822 | + | EDI: CAPITALONE.COM | Jun 11 2024 01:39:00 | CAPITAL ONE/CABELAS, 15000 CAPITAL ONE US364412, RICHMOND, VA 23238-1119 |
| 12624850 | + | EDI: PHINGENESIS | Jun 11 2024 01:39:00 | CB INDIGO, Genesis FS Card Services, PO BOX 4499, BEAVERTON, OR 97076-4499 |
| 12624816 | | Email/Text: cms-bk@cms-collect.com | Jun 10 2024 22:37:00 | Capital Management Services, LP, Original Creditor: Barclays Bank Delawar, 698 1/2 South Ogden Street, Buffalo, NY 14206-2317 |
| 12624819 | + | EDI: CAPITALONE.COM | Jun 11 2024 01:39:00 | Capital One, PO BOX 31293, SALT LAKE CITY, UT 84131-0293 |
| 12624826 | | EDI: CAPITALONE.COM | Jun 11 2024 01:39:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 12624820 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 10 2024 22:40:43 | Credit One Bank, PO BOX 98872, LAS VEGAS, NV 89193-8872 |
| 12624825 | + | EDI: AMINFOFP.COM | Jun 11 2024 01:39:00 | FIRST PREMIER BANK, 601 S MINNESOTA AVE, SIOUX FALLS, SD 57104-4868 |
| 12624847 | | Email/Text: Bankruptcy@FMAAlliance.com | | |

Case 24-30197   Document 39   Filed in TXSB on 06/12/24   Page 4 of 5

| District/off: 0541-4 | User: ADIuser | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 10, 2024 | Form ID: 318 | Total Noticed: 40 |

| | | | | |
|---|---|---|---|---|
| | | | Jun 10 2024 22:36:00 | FMA Alliance, LTD, 12339 Cutten RD, Houston, TX 77066 |
| 12624821 | + | EDI: AMINFOFP.COM | | |
| | | | Jun 11 2024 01:39:00 | First Premier Bank, 3820 N LOUISE AVE, SIOUX FALLS, SD 57107-0145 |
| 12624849 | | EDI: PHINGENESIS | | |
| | | | Jun 11 2024 01:39:00 | Genesis FS Card Services, Original Creditor: Destiny Card, P.O. Box 4499, Beaverton, OR 97076-4499 |
| 12624873 | | Email/Text: csc-correspondence@hctra.org | | |
| | | | Jun 10 2024 22:37:00 | Harris County Toll Road Authority, Dept. 11, P.O. Box 4440, Houston, TX 77210-4440 |
| 12624877 | | EDI: IRS.COM | | |
| | | | Jun 11 2024 01:39:00 | Department of the Treasury, Internal Revenue Service, Stop 6525 (SP CIS), Kansas City, MO 64999-0025 |
| 12624879 | + | Email/Text: bankruptcy@getipass.com | | |
| | | | Jun 10 2024 22:36:00 | Illinois Tollway, P.O. Box 5544, Chicago, IL 60680-5491 |
| 12624827 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 10 2024 22:51:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 1269, Greenville, SC 29602-1269 |
| 12624818 | + | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jun 10 2024 22:40:56 | LVNV Funding, LLC, Original Creditor: Credit One Bank, PO BOX 1269, GREENVILLE, SC 29602-1269 |
| 12624881 | | Email/Text: compliance@monarchrm.com | | |
| | | | Jun 10 2024 22:36:00 | Monarch Recovery Management, Original Creditor: Synchrony Bank, 3260 Tillman Drive, Suite 75, Bensalem, PA 19020 |
| 12624887 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 10 2024 22:37:00 | Midland Credit Management, Attn: Consumer Support Services, 320 E. Big Road, Suite 300, Troy, Ml 48083 |
| 12624886 | | Email/Text: bankruptcydpt@mcmcg.com | | |
| | | | Jun 10 2024 22:37:00 | Midland Credit Management, Original Creditor: CITIBANK, N.A., P.O. Box 301030, Los Angeles, CA 90030-1030 |
| 12624815 | | EDI: PRA.COM | | |
| | | | Jun 11 2024 01:39:00 | Portfolio Recovery Associates, LLC, Original Creditor: Cabelas/Capital One, 150 CORPORATE BLVD, NORFOLK, VA 23502 |
| 12624824 | + | EDI: SYNC | | |
| | | | Jun 11 2024 01:39:00 | SYNCB/CARE CREDIT, PO BOX 71724, PHILADELPHIA, PA 19176-1724 |
| 12624871 | ^ | MEBN | | |
| | | | Jun 10 2024 22:36:19 | Specialized Collection Systems., Inc, Original Creditor: Synergy Radiology Ass, P.O. Box 441508, Houston, TX 77244-1508 |
| 12624872 | ^ | MEBN | | |
| | | | Jun 10 2024 22:36:34 | Synergy Radiology Associates, P.O. Box 88087, Chicago, IL 60680-1087 |
| 12624845 | + | Email/Text: PDELINQ@sba.gov | | |
| | | | Jun 10 2024 22:36:00 | U.S. Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 12624817 | + | Email/Text: BAN1116@UCBINC.COM | | |
| | | | Jun 10 2024 22:36:00 | United Collection Bureau, Original Creditor: Credit One Bank, P.O. Box 1116, Maumee, OH 43537-8116 |
| 12624876 | ^ | MEBN | | |
| | | | Jun 10 2024 22:36:31 | Valor Intelligent Processing, LLC, Original Creditor: North Texas Tollway A, P.O. Box 207899, Dallas, TX 75320-7899 |
| 12624878 | | EDI: WISCDEPREV.COM | | |
| | | | Jun 11 2024 01:39:00 | Wisconsin Department of Revenue, P.O. Box 8901, Madison, WI 53708-8901 |

TOTAL: 28

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

| | | |
|---|---|---|
| District/off: 0541-4 | User: ADIuser | Page 3 of 3 |
| Date Rcvd: Jun 10, 2024 | Form ID: 318 | Total Noticed: 40 |

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 12, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 9, 2024 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Eva S Engelhart | eengelhart@rossbanks.com  ee@trustesolutions.net;christinevega@rossbanks.com |
| US Trustee | USTPRegion07.HU.ECF@USDOJ.GOV |

TOTAL: 2